**No. 10-11042. Anthony McNeal, Petitioner v. Illinois.**

565 U.S. 864, 132 S. Ct. 206, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6494.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 405 Ill. App. 3d 647, 352 Ill. Dec. 856, 955 N.E.2d 32.